**Helen P. Poindexter, Plaintiff-Appellee, v. Norman Willis, Defendant-Appellant.**

**Gen. No. 66–87. (Abstract of Decision.)**

Fifth District.

November 23, 1966.

Armbruster & Diaz, of Alton (Ross Armbruster, of counsel), for appellant; Green and Hoagland, of Alton (James K. Almeter, of counsel), for appellee. Opinion by JUSTICE MORAN. Not to be published in full.